1  JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
3  Chief, Civil Division
JONATHAN U. LEE (CSBN 148792 )
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
6  Telephone: (415) 436-6909
Facsimile: (415) 436-6748
7  Email: jonathan.lee@usdoj.gov

8  Attorneys for Federal Defendant
United States Postal Service

9

ENDORSED
F I L E D
Superior Court of California
County of San Francisco

FEB 0 8 2008

GORDON PARK-LI, Clerk
BY: _____ WESLEY
Deputy Clerk

10                   SUPERIOR COURT OF CALIFORNIA

11                    COUNTY OF SAN FRANCISCO

12                     UNLIMITED JURISDICTION

13  DAVID McKEW,                          )
                                          )   **Case No. CGC 07-470292**
14            Plaintiff,                   )
                                          )
15         v.                             )   **NOTICE OF REMOVAL**
                                          )   **OF CIVIL ACTION BY**
16  UNITED STATES POSTAL SERVICE;         )   **UNITED STATES OF AMERICA**
    SAN FRANCISCO MUNICIPAL RAILWAY;      )
17  DOES 2 TO 30,                         )
                                          )
18            Defendants.                 )
                                          )
19  _____

20         TO:    Clerk, Superior Court of California
                  County of San Francisco
21                400 McAllister Street, Rm. 103
                  San Francisco, California 94102-3680

22                Philip A. Segal, Esq.
                  Kern, Noda, Devine & Segal
23                1388 Sutter Street, Suite 600
                  San Francisco, California 94109
24
                  Office of the City Attorney
25                1390 Market Street, 6th Floor
                  Fox Plaza
26                San Francisco, CA 94102-5408

27  //

28

NTS OF REMOVAL OF CIVIL ACTION
*McKew v. US Postal Service, et al.*
Case No. CGC 07-470292                    -1-

1    PLEASE TAKE NOTICE that on this day a Notice of Removal of the above-entitled action

2  was filed in the United States District Court for the Northern District of California on behalf of

3  federal defendant United States Postal Service, pursuant to 28 U.S.C. §§ 1339, 1441(a), 1441(e),

4  1442(a)(1), and 39 U.S.C. § 409.  No further proceedings in this action before the state court are

5  allowed unless and until the action is remanded by the district court.

6    A true copy of the Notice of Removal filed in the United States District Court is marked as

7  Attachment 1 hereto.

8                                    Respectfully submitted,

9                                    JOSEPH P. RUSSONIELLO
                                     United States Attorney

10

11

12  Dated: _Feb. 8_, 2008          By: _____

13                                    JONATHAN U. LEE
                                     Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   **CERTIFICATE OF SERVICE**

2       The undersigned hereby certifies that she is over the age of 18 and not a party to this action.

3   The undersigned further certifies that she is causing a copy of the following:

4   **NOTICE OF REMOVAL OF CIVIL ACTION BY UNITED STATES OF AMERICA**

5       <u>**McKew v. United States Postal Service, et al.**</u>
        **San Francisco Superior Court Case No. CGC 07-470292**
6

7   to be served this date upon the parties in this action by placing a true copy thereof in a sealed

8   envelope, and served as follows:

9       __√__   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully

10  prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

11          ____   **PERSONAL SERVICE (BY MESSENGER)**

12          ____   **FACSIMILE (FAX)** Telephone No.:_____

13      to the parties addressed as follows:

14          Philip A. Segal, Esq.
            Kern, Noda, Devine & Segal
15          1388 Sutter Street, Suite 600
            San Francisco, California 94109
16
            Office of the City Attorney
17          1390 Market Street, 6th Floor
            Fox Plaza
18          San Francisco, CA 94102-5408

19      I declare under penalty of perjury under the laws of the United States of America that the

20  foregoing is true and correct.

21      Executed this 8th day of __February__, 2008 at San Francisco, California.

22

23

24                          Diann Lackey
25                          Paralegal Specialist

26

27

28

1   JOSEPH P. RUSSONIELLO (CNB 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Assistant United States Attorney
3   Chief, Civil Division
    JONATHAN U. LEE (CSBN 148792 )
4   Assistant United States Attorney

5   450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
6   Telephone: (415) 436-6909
    Facsimile: (415) 436-6748
7   Email: jonathan.lee@usdoj.gov

8   Attorneys for Federal Defendant
    United States Postal Service
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13  DAVID McKEW,                    )
                                    )   Case No. **08**
14                 Plaintiff,       )                        **0855**
                                    )
15         v.                       )   **NOTICE OF REMOVAL**
                                    )
16  UNITED STATES POSTAL SERVICE;   )
    SAN FRANCISCO MUNICIPAL         )
17  RAILWAY; DOES 2 TO 30,          )
                                    )
18                 Defendants.      )
                                    )
19
          TO:    Clerk, Superior Court of California
20               County of San Francisco
                 400 McAllister Street, Rm. 103
21               San Francisco, California 94102-3680

22               Philip A. Segal, Esq.
                 Kern, Noda, Devine & Segal
23               1388 Sutter Street, Suite 600
                 San Francisco, California 94109
24
                 Office of the City Attorney
25               1390 Market Street, 6th Floor
                 Fox Plaza
26               San Francisco, CA 94102-5408

27  //

28  //

NOTICE OF REMOVAL
McKew v. US Postal Service, et al.          -1-

1    PLEASE TAKE NOTICE that on this day Case No. CGC 07-470292 pending in the San

2   Francisco County Superior Court, is being removed to the United States District Court for the

3   Northern District of California, pursuant to 28 U.S.C. §§ 1339, 1441(a), 1441(e), 1442(a)(1), and 39

4   U.S.C. § 409(a) on behalf of federal defendant United States Postal Service. Upon direction by the

5   Attorney General of the United States, the undersigned attorneys hereby present the following facts to

6   the Judges of the United States District Court for the Northern District of California.

7    1. On December 20, 2007, plaintiff David McKew filed a complaint for Personal Injury

8   action against the United States Postal Service; and Does 1 to 30. On December 28, 2007, plaintiff

9   amended the complaint to include San Francisco Municipal Railway as Doe 1.

10    2. Plaintiff seeks $1,050,000.00 in damages from Defendants as a result of a motor vehicle

11   accident.

12    3. On January 10, 2008, the United States Attorney's Office received copies of the summons

13   and complaint, which are attached as Exhibit A pursuant to 28 U.S.C. § 1446(a), and which constitute

14   the only process or pleading which have been received. There has been no trial in this action.

15    4. This action is one which must be removed to the district court for the reason that the

16   plaintiff seeks judgment for damages resulting from the allegedly negligent operation of a motor

17   vehicle by a federal employee. Original jurisdiction lies in a federal forum under 28 U.S.C. § 1331

18   (civil actions arising under the Constitution, laws or treaties of the United States), 28 U.S.C. § 1339

19   and 39 U.S.C. § 409(a) (civil actions against the Postal Service), and the Federal Tort Claims Act, 28

20   U.S.C. §§ 1346, 2671, et seq.

21    5. A copy of this Notice is being filed with the Clerk of the Superior Court, San Francisco

22   County. That filing will automatically effect the removal of the action in its entirety to this Court for

23   all future proceedings.

24                                  Respectfully submitted,

25                                  JOSEPH P. RUSSONIELLO
                                    United States Attorney

26

27   Dated: **Feb. 8**, 2008          By:

                                    JONATHAN U. LEE
28                                  Assistant United States Attorney

NOTICE OF REMOVAL
McKew v. US Postal Service, et al.          -2-



ENDORSED
FILED
SAN FRANCISCO COUNTY
SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

2007 DEC 20  AM 12: 58

CLERK

BY:_____

NOTICE TO DEFENDANT:
(AVISO AL DEMANDADO):

UNITED STATES POSTAL SERVICES; DOES 1 TO 30

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE):

DAVID MCKEW

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is:<br>(El nombre y dirección de la corte es):<br>San Francisco Superior Court<br>400 McAllister Street<br>San Francisco, CA 94102 | CASE NUMBER:<br>(Número del Caso)  C G C - 0 7 - 4 7 0 2 9 2 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Philip A. Segal, Esq. (SBN 137633)                                    Tel: (415) 474-1900
Kern, Noda, Devine & Segal, 1388 Sutter Street, Suite 600, San Francisco, CA 94109     Fax: (415) 474-0302

| DATE:<br>(Fecha)  DEC 2 0 2007 | Clerk, by<br>(Secretario) | _____, Deputy<br>(Adjunto) |
|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

SERVED ON  Diann Lackey

NOTICE TO THE PERSON SERVED: You are served  USAO, SAN FRANCISCO

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

MANNER OF SERVICE:

_____ PERSONAL   ✓ CERT. MAIL

3. ☐ on behalf of (specify):

OTHER:_____

under: ☐ CCP 416.10 (corporation)       DATE 01-10-08 TIME
       ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
       ☐ other (specify):

4. ☐ by personal delivery on (date):

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**   **EXHIBIT A**   Code of Civil Procedure §§ 412.20, 465

www.accesslaw.com

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Philip A. Segal, Esq. (SBN 137633)<br>Kern, Noda, Devine & Segal<br>1388 Sutter Street, Suite 600<br>San Francisco, CA 94109<br>TELEPHONE NO.: (415) 474-1900   FAX NO.: (415) 474-0302<br>ATTORNEY FOR *(Name):* Plaintiff, DAVID MCKEW | ENDORSED<br>*FOR COURT USE ONLY*<br>SAN FRANCISCO COUNTY<br>SUPERIOR COURT<br>2007 DEC 20  AM 12: 58<br>GORDON PARK-LI, CLERK<br>BY: _____ ELIAS RUE<br>CLERK |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

CASE NAME:
    DAVID MCKEW v. UNITED STATES POSTAL SERVICE, et al.

| CIVIL CASE COVER SHEET<br>[✔] Unlimited    [ ] Limited<br>(Amount     (Amount<br>demanded    demanded is<br>exceeds $25,000)   $25,000 or less) | Complex Case Designation<br>[ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>CGC - 07 - 470292<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [✔] Auto (22)<br>[ ] Uninsured motorist (46) | [ ] Breach of contract/warranty (06)<br>[ ] Collections (09)<br>[ ] Insurance coverage (18)<br>[ ] Other contract (37) | (Cal. Rules of Court, rules 3.400–3.403)<br>[ ] Antitrust/Trade regulation (03)<br>[ ] Construction defect (10)<br>[ ] Mass tort (40) |
| Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort | | [ ] Securities litigation (28) |
| [ ] Asbestos (04)<br>[ ] Product liability (24)<br>[ ] Medical malpractice (45)<br>[ ] Other PI/PD/WD (23) | Real Property<br>[ ] Eminent domain/Inverse condemnation (14)<br>[ ] Wrongful eviction (33)<br>[ ] Other real property (26) | [ ] Environmental/Toxic tort (30)<br>[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| Non-PI/PD/WD (Other) Tort | | Enforcement of Judgment |
| [ ] Business tort/unfair business practice (07)<br>[ ] Civil rights (08)<br>[ ] Defamation (13)<br>[ ] Fraud (16)<br>[ ] Intellectual property (19)<br>[ ] Professional negligence (25)<br>[ ] Other non-PI/PD/WD tort (35) | Unlawful Detainer<br>[ ] Commercial (31)<br>[ ] Residential (32)<br>[ ] Drugs (38)<br>Judicial Review<br>[ ] Asset forfeiture (05)<br>[ ] Petition re: arbitration award (11) | [ ] Enforcement of judgment (20)<br>Miscellaneous Civil Complaint<br>[ ] RICO (27)<br>[ ] Other complaint *(not specified above)* (42)<br>Miscellaneous Civil Petition<br>[ ] Partnership and corporate governance (21) |
| Employment<br>[ ] Wrongful termination (36)<br>[ ] Other employment (15) | [ ] Writ of mandate (02)<br>[ ] Other judicial review (39) | [ ] Other petition *(not specified above)* (43) |

2. This case [ ] is  [✔] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the
   factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel   e. [ ] Coordination with related actions pending in one or more courts
       issues that will be time-consuming to resolve             in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence     f. [ ] Substantial postjudgment judicial supervision
3. Type of remedies sought *(check all that apply):*
   a. [✔] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify):* 1
5. This case [ ] is  [✔] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. *(You may use form CM-015.)*
Date: 12/20/07

       PHILIP A. SEGAL, ESQ.
       (TYPE OR PRINT NAME)            ▶      (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. January 1, 2007] | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 3.220, 3.400–3.403;<br>Standards of Judicial Administration, § 19<br>www.courtinfo.ca.gov |
|---|---|---|

*www.accesslaw.com*

PLD-PI-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>— Philip A. Segal, Esq. (SBN 137633)<br>Kern, Noda, Devine & Segal<br>1388 Sutter Street, Suite 600<br>San Francisco, CA 94109<br><br>TELEPHONE NO: (415) 474-1900     FAX NO. *(Optional)*: (415) 474-0302<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff, DAVID MCKEW | ENDORSED<br>FILED<br>SAN FRANCISCO COUNTY<br>SUPERIOR COURT<br><br>2007 DEC 20  AM 12: 58<br><br>GORD... ...RK-LI, CLERK<br><br>BY: _____ ELIAS BUTT<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

| | |
|---|---|
| PLAINTIFF: DAVID MCKEW<br><br>DEFENDANT: UNITED STATES POSTAL SERVICE;<br><br>☑ DOES 1 TO    30 | **CASE MANAGEMENT CONFERENCE SET**<br><br>MAY 2 3 2008 -9ᴬᴹAM<br><br>**DEPARTMENT 212** |

| | |
|---|---|
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>☐ AMENDED *(Number)*:<br>Type *(check all that apply)*:<br>☑ MOTOR VEHICLE  ☐ OTHER *(specify)*:<br>☐ Property Damage  ☐ Wrongful Death<br>☑ Personal Injury  ☐ Other Damages *(specify)*: | |
| Jurisdiction *(check all that apply)*:<br>☐ ACTION IS A LIMITED CIVIL CASE<br>Amount demanded ☐ does not exceed $10,000<br>☐ exceeds $10,000, but does not exceed $25,000<br>☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint<br>☐ from limited to unlimited<br>☐ from unlimited to limited | CASE NUMBER:<br><br>CGC-07-470292 |

1. **Plaintiff** *(name or names)*:  DAVID MCKEW

   alleges causes of action against **defendant** *(name or names)*: UNITED STATES POSTAL SERVICE; DOES 1 TO 30

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4

3. Each plaintiff named above is a competent adult

   a. ☐   **except plaintiff** *(name)*:
      (1) ☐  a corporation qualified to do business in California
      (2) ☐  an unincorporated entity *(describe)*:
      (3) ☐  a public entity *(describe)*:
      (4) ☐  a minor ☐  an adult
         (a) ☐  for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐  other *(specify)*:
      (5) ☐  other *(specify)*:

   b. ☐   **except plaintiff** *(name)*:
      (1) ☐  a corporation qualified to do business in California
      (2) ☐  an unincorporated entity *(describe)*:
      (3) ☐  a public entity *(describe)*:
      (4) ☐  a minor ☐  an adult
         (a) ☐  for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐  other *(specify)*:
      (5) ☐  other *(specify)*:

☐  Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death** | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov |

www.accesslaw.com

PLD-PI-001

| SHORT TITLE: MCKEW v. USPS; et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):

    is doing business under the fictitious name (specify):

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
  a. ☑ except defendant (name): United States Postal Serv c.  ☐ except defendant (name):
    (1) ☐ a business organization, form unknown    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation    (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):    (3) ☐ an unincorporated entity (describe):

    (4) ☑ a public entity (describe): Postal Service    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):    (5) ☐ other (specify):

  b. ☐ except defendant (name): United States Postal  d. ☐ except defendant (name):
    (1) ☐ a business organization, form unknown    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation    (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe): Postal Service    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):    (5) ☐ other (specify):

  ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☑ Doe defendants (specify Doe numbers):   1 - 20   were the agents or employees of other named defendants and acted within the scope of that agency or employment.
  b. ☐ Doe defendants (specify Doe numbers):    are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other (specify):

9. ☑ Plaintiff is required to comply with a claims statute, and
  a. ☑ has complied with applicable claims statutes, or
  b. ☐ is excused from complying because (specify):

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| MCKEW v. USPS; et al. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☑ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☑ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☑ property damage
    f. ☑ loss of earning capacity
    g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 12/20/07

PHILIP A. SEGAL, ESQ.
_____
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]          COMPLAINT—Personal Injury, Property          Page 3 of 3
                                           Damage, Wrongful Death

PLD-PI-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| MCKEW v. USPS; et al. | |

First ___ **CAUSE OF ACTION—Motor Vehicle**
(number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* DAVID MCKEW

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries
and damages to plaintiff; the acts occurred
on *(date):* September 2, 2006
at *(place):* Washington Street between Hyde and Leavenworth, San Francisco, California.

MV- 2. DEFENDANTS
   a. ☑ The defendants who operated a motor vehicle are *(names):*

      ☑ Does      1      to      10

   b. ☑ The defendants who employed the persons who operated a motor vehicle in the course of their employment
      are *(names):* UNITED STATES POSTAL SERVICE

      ☑ Does      11      to      30

   c. ☑ The defendants who owned the motor vehicle which was operated with their permission are *(names):*
      UNITED STATES POSTAL SERVICE

      ☑ Does      11      to      30

   d. ☑ The defendants who entrusted the motor vehicle are *(names):*
      UNITED STATES POSTAL SERVICE

      ☑ Does      11      to      30

   e. ☑ The defendants who were the agents and employees of the other defendants and acted within the scope
      of the agency were *(names):*
      UNITED STATES POSTAL SERVICE

      ☑ Does      1      to      30

   f. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
      ☐ listed in Attachment MV-2f ☐ as follows:

      ☐ Does ___ to ___                                      Page      4

                                                                                     Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) (Rev. January 1, 2007)

**CAUSE OF ACTION—Motor Vehicle**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

www.accesslaw.com

*- DO NOT FILE WITH THE COURT-*
*-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -*

CIV-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Philip A. Segal, Esq. (137633)<br>Kern, Noda, Devine & Segal<br>1388 Sutter Street, Suite 600<br>San Francisco, CA 94109 | 415-474-1900 | |

ATTORNEY FOR *(name):* Plaintiff, DAVID MCKEW

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: DAVID MCKEW
DEFENDANT: UNITED STATES POSTAL SERVICE

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>CGC-07-470292 |
|---|---|

To *(name of one defendant only):*
Plaintiff *(name of one plaintiff only):*
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**

| | | AMOUNT |
|---|---|---|
| a. ☑ Pain, suffering, and inconvenience | $ | 500,000.00 |
| b. ☐ Emotional distress. | $ | |
| c. ☐ Loss of consortium | $ | |
| d. ☐ Loss of sociey and companionship *(wrongful death actions only)* | $ | |
| e. ☐ Other *(specify)* | $ | |
| f. ☐ Other *(specify)* | $ | |
| g. ☐ Continued on Attachment 1.g. | | |

2. **Special damages**

| | | |
|---|---|---|
| a. ☑ Medical expenses *(to date)* | $ | 100,000.00 |
| b. ☑ Future medical expenses *(present value)* | $ | 100,000.00 |
| c. ☑ Loss of earnings *(to date)* | $ | 100,000.00 |
| d. ☑ Loss of future earning capacity *(present value)* | $ | 250,000.00 |
| e. ☐ Property damage | $ | |
| f. ☐ Funeral expenses *(wrongful death actions only)* | $ | |
| g. ☐ Future contributions *(present value) (wrongful death actions only)* | $ | |
| h. ☐ Value of personal service, advice, or training *(wrongful death actions only)* | $ | |
| i. ☐ Other *(specify)* | $ | |
| j. ☐ Other *(specify)* | $ | |
| k. ☐ Continued on Attachment 2.k. | | |

3. ☐ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $ _____
when pursuing a judgment in the suit filed against you.

Date: 01/02/08

KATHERINE E. FREYRE
_____
(TYPE OR PRINT NAME)

(Proof of service on reverse)

► _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
*www.courtinfo.ca.gov*

*www.accesslaw.com*