JOSEPH P. RUSSONIELLO (CNB 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792 )
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-6909
Facsimile: (415) 436-6748
Email: jonathan.lee@usdoj.gov

Attorneys for Federal Defendant
United States Postal Service

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAVID McKEW,
Plaintiff,
v.
UNITED STATES POSTAL SERVICE; SAN FRANCISCO MUNICIPAL RAILWAY; DOES 2 TO 30,
Defendants.

Case No. CV 08-0855 JL

**PROOF OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on February 8, 2008 she caused a copy of:

1) Notice of Removal filed February 8, 2008;

2) Order Setting Initial Case Management Conference and ADR Deadlines filed February 8, 2008; Standing Order for All Judges of the Northern District of California;

3) Notice of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination to Proceed

Before A Magistrate Judge And Request For Reassignment To A United States District Judge;

4) ECF Registration Information Handout;

5) Welcome To The U.S. District Court, San Francisco; and

6) Proof of Service

to be served upon the persons at the place and addresses stated below, which are the last known addresses:

Philip A. Segal, Esq.
Kern, Noda, Devine & Segal
1388 Sutter Street, Suite 600
San Francisco, California 94109

Office of the City Attorney
1390 Market Street, 6th Floor
Fox Plaza
San Francisco, CA 94102-5408

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of February, 2008 at San Francisco, California.

Diann Lackey
Paralegal Specialist