DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
MEGHAN K. HIGGINS, State Bar #235685
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3896
Facsimile:      (415) 554-3837
E-Mail:           meghan.higgins@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID McKEW,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNITED STATES POSTAL SERVICE;<br>SAN FRANCISCO MUNICIPAL<br>RAILWAY, DOES 2 TO 30,<br><br>        Defendants. | Case No. CV 08-0855 JL<br><br>**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S NOTICE OF APPEARANCE**<br><br>Trial Date:                Not Set |
|---|---|

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Deputy City Attorney Meghan K. Higgins will be appearing in the above-entitled lawsuit as counsel of record for defendant City and County of San Francisco. Any and all further communication or correspondence relating to this lawsuit should be sent to:

>Meghan K. Higgins, Deputy City Attorney
>Office of the City Attorney
>Fox Plaza
>1390 Market Street, 6th Floor
>San Francisco, CA 94102
>(415) 554-3896
>email: meghan.higgins@sfgov.org

1
2  Dated:  February 12, 2008
3
                             DENNIS J. HERRERA
4                              City Attorney
                             JOANNE HOEPER
5                              Chief Trial Deputy
                             MEGHAN K. HIGGINS
6                              Deputy City Attorneys
7
                        By:/s/_____
8                             MEGHAN K. HIGGINS
9                              Attorneys for Defendant
10                              CITY & COUNTY OF SAN FRANCISCO
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28