JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6909
    Facsimile:  (415) 436-6748
    Email:  jonathan.lee@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MCKEW, | No. C 08-00855 JL |
|     Plaintiff, | **E-FILING CASE** |
|     v. | **ANSWER** |
| SAN FRANCISCO MUNICIPAL RAILWAY; UNITED STATES POSTAL SERVICE. | |
|     Defendants. | |

The Federal Defendant, United States Postal Service, by and through counsel answers Plaintiff's complaint, presented on a California Judicial Council form entitled "Motor Vehicle" Complaint (PLD-PI-001), in like numbered paragraphs as follows:

**ANSWER**

Responses to Numbered Paragraphs

1. This paragraph sets forth the names of the parties, to which no response is required. To the extent an answer is required, this paragraph is denied.
2. This paragraph identifies the complaint and the number of its pages, to which no response is required.
3. This paragraph asserts the competency of the plaintiff McKew. This defendant lacks sufficient information to admit or deny the allegations in this paragraph.
4. This paragraph is blank. No answer is required.
5. The Federal Defendant admits that it is a public entity.
6. This paragraph is a Doe defendant allegation. No response is required, but the pleading of Doe defendants is disfavored in federal practice.
7. This paragraph is blank. No answer is required.
8. This paragraph alleges jurisdiction is proper in the San Francisco Superior Court. The Federal Defendant denies this allegation on the sovereign immunity grounds previously provided to plaintiff.
9. The Federal Defendant admits that this plaintiff has complied with the Federal Defendant's claims presentation procedures and requirements.
10. This paragraph alleges the subject matter of the litigation, to which no response is required. This defendant believes this litigation arises from the operation of motor vehicles.
11. This paragraph asserts plaintiff's categories of damages. The Federal Defendant denies the allegations in this paragraph.
12. This allegation is blank. No response is required.
13. This paragraph alleges jurisdiction is proper in the San Francisco Superior Court.

1  Denied.
2  14.  This paragraph sets forth plaintiff's prayer for relief, to which no response is
3       required. To the extent this paragraph is deemed to contain allegations of material
4       fact, they are denied.
5  15.  This paragraph is blank. No response is required.

Responses to Unnumbered Paragraphs

Paragraph MV-1   This paragraph alleges that on a given date and at a specified place, the Federal Defendant was negligent and said negligence was the proximate cause of plaintiff's injuries. As such, this paragraph does not contain allegations of material fact and no response is required. To the extent this paragraph is deemed to contain allegations of material fact, they are denied.

Paragraph MV-2   This paragraph alleges that this defendant and other "Doe" defendants operated motor vehicles the defendants' owned on the date in question, through the acts of their agents or employees acting in the course of their employment. As such, this paragraph does not contain allegations of material fact and no response is required. To the extent this paragraph is deemed to contain allegations of material fact, they are denied. The Federal Defendant further responds, however, that Postal Service employee Ellington was in the scope of employment when he parked the Postal vehicle on Washington Street, before the time when plaintiff McKew allegedly made contact with the vehicle.

All allegations not specifically responded to above are denied.

AND FURTHER answering, Defendant avers:

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Defendant denies that it or any of its agents or employees were negligent and/or breached any standard of care due the Plaintiff and/or engaged in any conduct which was the proximate cause of the injuries, damages and losses allegedly incurred by Plaintiff.

### SECOND AFFIRMATIVE DEFENSE

Defendant contests the extent of Plaintiff's claimed injuries, whatever they may be, as well as Plaintiff's assertion that said injuries, resulting treatment, alleged requirement for future treatment and/or residual effects were caused by the accident referenced in Plaintiff's complaint.

### THIRD AFFIRMATIVE DEFENSE

Defendant contests the amount and/or necessity of any claim of damages for which Plaintiff seeks relief in his complaint.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's recovery is limited to the damages recoverable under the Federal Tort Claims Act.

### FIFTH AFFIRMATIVE DEFENSE

Pursuant to 28 U.S.C. § 2674, Plaintiff is proscribed from recovering any amount for prejudgment interest against the United States of America.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to back pay or other damages to the extent that he failed to seek and obtain other employment and otherwise failed to mitigate his alleged damages.

### SEVENTH AFFIRMATIVE DEFENSE

Federal Defendant reserves the right to amend its Answer with additional defenses of which it may become aware as discovery progresses and to raise any other matter constituting an avoidance or affirmative defense.

1 **WHEREFORE**, having fully answered all counts of the Complaint, Defendant prays that Plaintiff take nothing by way of his Complaint, that the same be dismissed, and that judgment be awarded in favor of Defendant, together with costs and such other and further relief as the Court deems appropriate in this case.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Date: February 13, 2008          _____/s/_____
JONATHAN U. LEE
Assistant United States Attorney

1  Of Counsel:
   Joseph R. Doyle
2  United States Postal Service
   National Tort Center
3  PO Box 66640
   St. Louis, Missouri  63166-6640
4  Tel:    (314) 872-5154
   Fax:    202-406-4623
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANSWER
C 08-00855 JL                                    6