UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID MCKEW,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE; SAN FRANCISCO MUNICIPAL RAILWAY, DOES 2 TO 30,<br><br>            Defendants.<br>_____/ | | Case No. CV 08-0855 JL<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45* );

     (2) Discussed the available dispute resolution options provided by the Court and private entities; and

     (3) Considered whether this case might benefit from any of the available dispute resolution options.


Dated:  5/2/09             /s/ Philip A. Segal
                           PHILIP A. SEGAL
                           Attorney for Plaintiff,
                           DAVID MCKEW


Dated:  5/2/08             /s/ Meghan K. Higgins
                           MEGHAN K. HIGGINS
                           Attorneys for Defendant
                           CITY & COUNTY OF SAN FRANCISCO


Dated:  5/2/08             /s/ Jonathan Unruh Lee
                           JONATHAN UNRUH LEE
                           Attorneys for Defendant
                           UNITED STATES POSTAL SERVICE