UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID MCKEW,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE; SAN FRANCISCO MUNICIPAL RAILWAY, DOES 2 TO 30,<br><br>        Defendants. | | Case No. CV 08-0855 JL<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process: Mediation (ADR L.R. 6).

The parties agree to hold the ADR session by the presumptive deadline, which is 90 days from the date of the order referring the case to an ADR process, unless otherwise ordered.


Dated: _5/2/08_____          /s/ Philip A. Segal_____
                             PHILIP A. SEGAL
                             Attorney for Plaintiff,
                             DAVID MCKEW


Dated: _5/2/08_____          /s/ Meghan K. Higgins_____
                             MEGHAN K. HIGGINS
                             Attorneys for Defendant
                             CITY & COUNTY OF SAN FRANCISCO



Dated: _5/2/08_____          /s/ Jonathan Unruh Lee_____
                             JONATHAN UNRUH LEE
                             Attorneys for Defendant
                             UNITED STATES POSTAL SERVICE

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Mediation.

The deadline for the ADR session is 90 days from the date of this order.

IT IS SO ORDERED.

Dated:  ___May 5, 2008___



_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE