# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| McKew,<br><br>              Plaintiff(s),<br><br>    v.<br><br>United States Postal Service,<br><br>              Defendant(s). | 08-00855 EDL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Gregory D. Walker**
Gregory D. Walker Attorney/Mediator/Arbitrator
6114 La Salle Ave., #440
Oakland, CA 94611-2802
510-451-6070
gwalker@rawbw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00855 EDL MED                                  - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: May 13, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-00855 EDL MED                    - 2 -