In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: May 13, 2008

Case No:  **C- 08-00855 EDL**

Case Name:  **DAVID MCKEW v. US POSTAL SERVICE**

| | | |
|---|---|---|
| Attorneys: | Pltf: Philip Segal | Deft: Jonathan Lee |
| | | Meghan Higgins |
| Deputy Clerk: Lili M. Harrell | | FTR digital recording: 11:25am - 11:37am |

**PROCEEDINGS:**                                                                                        **RULING:**

1. Initial Case Management Conference                                           Held

2.


**ORDERED AFTER HEARING:**


**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**   for


**PRETRIAL SCHEDULE:**

Amended cross-complaint: 5/30/08
Discovery cutoff: 10/1/08
Initial expert disclosure deadline: 9/15/08
Rebuttal expert disclosure deadline: 10/15/08
Dispositive Motion filing deadline: 10/21/08
Dispositive Motions hearing date: 11/25/08
Pretrial Conference: 2/3/09
Trial: 2/23/09 at 8:30 a.m., set for 4 days.
         [X ] Jury  [ ]  Court

Notes:
cc: