# GREGORY D. WALKER

Attorney/Mediator/Arbitrator

6114 La Salle Avenue #440
Oakland, California 94611-2802
(510) 451-6070
fax (510) 658-3305
e-mail: gwalker@rawbw.com
www.gregwalkeradr.com

**RECEIVED**

MAY 2 8 2008

May 22, 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA





Philip Allan Segal
Kern, Noda, Devine & Segal
1388 Sutter Street, Suite 600
San Francisco, CA 94109

Jonathan Unruh Lee
United States Attorneys Office
450 Golden Gate Avenue, 10th Floor
P.O. Box 36055
San Francisco, CA 94102-3495

Meghan Kathleen Higgins
Deputy City Attorney
1390 Market Street, 6th Floor
San Francisco, CA 94102-5408

Re: McKew v. USPS  (USDC Case No. 08-0855 EDL MED)
   **Confirmation of Mediation Conference Call Scheduling 06/12/08**

Dear Counsel:

This will confirm my appointment by the U. S District Court as a mediator in this proceeding. I am advised  that your mediation should be completed by August 4, 2008.  I am prepared to schedule and conclude your mediation prior to that deadline.

As I advised you by email, I am required by ADR L.R. 6-6 to conduct a pre-mediation telephone conference call.  In that call, we will review this case, decide upon a date, time and location for the mediation session, confirm the attendance of all necessary parties and claim representatives, and review the requirements for the exchange and submission of written mediation statements (ADR L.R. 6-7, 6-8).  From our email exchanges, I have determined our joint availability for this conference call at **10:00 am on Monday June 12, 2008.**  I will be using a conferencing service. Please call **800-416-4956** and when prompted, enter **participant pass code 36865017**, followed by the **#** key.

In preparing for this conference call, please determine your and your client's availability for scheduling the mediation before the August 4$^{tth}$ deadline.

Very truly yours,

GREGORY D. WALKER

cc: USDC ADR Unit/Alice Fiel