JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:   (415) 436-6909
Facsimile:   (415) 436-6748
Email:       jonathan.lee@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MCKEW, | No. C 08-0855 EDL |
| Plaintiff, | & Related Case No. C 07-3620 EDL |
| v. | E-FILING CASE |
| SAN FRANCISCO MUNICIPAL RAILWAY; UNITED STATES POSTAL SERVICE. | [~~PROPOSED~~] ORDER |
| Defendants. | |

IT IS HEREBY ORDERED that the representative of the United States Postal Service is excused ~~from~~ personally attending the July 30, 2008 mediation in the above-captioned action, ~~and~~ but must [WDB] ~~may~~ be available by telephone.

DATED: 6-17-08

_____
Hon. Wayne D. Brazil
ADR Magistrate Judge

[PROPOSED] ORDER
No. C 08-00855 EDL