JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6909
    Facsimile:  (415) 436-6748
    Email:  jonathan.lee@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MCKEW, | No. C 08-0855 EDL |
| | & Related Case No. C 07-3620 EDL |
| Plaintiff, | |
| | **NOTICE OF UNAVAILABILITY** |
| v. | |
| SAN FRANCISCO MUNICIPAL RAILWAY; UNITED STATES POSTAL SERVICE; MELVIN WASHINGTON. | |
| Defendants. | |

Defendant United States' counsel will be unavailable from August 2-10, 2008. Please be advised that scheduling hearings during these dates of unavailability may be sanctionable. *Tenderloin Housing Clinics v. Sparks*, 8 Cal. App. 4th 299, 30-305 (1992).

DATED: July 15, 2008

                                              Respectfully submitted,
                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

                                     By   /s/
                                              JONATHAN U. LEE
                                              Assistant United States Attorney