DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
MEGHAN K. HIGGINS, State Bar #235685
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3896
Facsimile:     (415) 554-3837
E-Mail:        meghan.higgins@sfgov.org

Attorneys for Defendant & Cross-complainant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID McKEW,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE; SAN FRANCISCO MUNICIPAL RAILWAY, DOES 2 TO 30,<br><br>    Defendants.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Cross-complainant,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Cross-defendant. | Case No. CV 08-0855 EDL<br><br>CITY AND COUNTY OF SAN FRANCISCO AND UNITED STATES POSTAL SERVICE'S STIPULATION TO DISMISS CROSS CLAIM; [~~PROPOSED~~] ORDER<br><br>Date Action Filed:    February 2, 2008<br>Trial Date:    Not Set |

DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO AND UNITED STATES POSTAL SERVICE HEREBY JOINTLY REQUEST AND STIPULATE pursuant to Rule 41(a)(1)

and Rule 41(c) of the Federal Rules of Civil Procedure that the court dismiss without prejudice defendant City and County of San Francisco's First Amended Cross Claim against defendant United States Postal Service, alleging causes of action for implied equitable indemnity, equitable contribution and apportionment of fault, and declaratory relief.  No pleading responsive to Defendant City's Cross-Claim has been served.  Defendants have stipulated to the dismissal of this cross-claim without prejudice to the City and County of San Francisco re-filing a cross claim at a later date if it becomes necessary.

IT IS SO STIPULATED:

Dated:  July 3, 2008

          DENNIS J. HERRERA
          City Attorney
          JOANNE HOEPER
          Chief Trial Deputy
          MEGHAN K. HIGGINS
          Deputy City Attorneys

By:    /s/
      MEGHAN K. HIGGINS

Attorneys for Defendant
CITY & COUNTY OF SAN FRANCISCO

Dated:  July 3, 2008

          JOSEPH P. RUSSONIELLO
          UNITED STATES ATTORNEY

By:  /s/
      JONATHAN UNRUH LEE
      Assistant United States Attorney

Attorneys for Defendant
UNITED STATES POSTAL SERVICE

1  **IT IS SO ORDERED.**
2  July 21, 2008

