```
                                                    FILED
                                                  AUG 0 4 2008

                                                 RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                            NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| McKew,<br><br>         Plaintiff(s),<br><br>   v.<br><br>United States Postal Service,<br><br>         Defendant(s). | No. C 08-00855 EDL MED<br><br>**Certification of ADR Session** |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) __7/30/08__

2. Did the case settle?        ☒ fully        ☐ partially        ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**        ☒ YES        ☐ NO

Dated: __7/31/08__        _____
                         Mediator, Gregory D. Walker
                         Gregory D. Walker
                         Attorney/Mediator/Arbitrator
                         6114 La Salle Ave., #440
                         Oakland, CA 94611-2802

**Certification of ADR Session**
08-00855 EDL MED