JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:    (415) 436-6909
    Facsimile:    (415) 436-6748
    Email:    jonathan.lee@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MCKEW,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO MUNICIPAL RAILWAY; UNITED STATES POSTAL SERVICE; MELVIN WASHINGTON.<br><br>    Defendants. | No. C 08-0855 EDL<br>& Related Case No. C 07-3620 EDL<br><br>**E-FILING CASE**<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER OF DISMISSAL WITH PREJUDICE** |

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY SUBMIT THE FOLLOWING STIPULATION:

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), and consistent with the Stipulation and Proposed Order Approving Settlement filed August 1, 2008 (see Docket #26), the parties stipulate to the dismissal with prejudice of *David McKew v. San Francisco Municipal Railway; United States Postal Service; Melvin Washington*, No. C 08-0855 EDL and its predecessor, related case *David McKew v. San Francisco Municipal Railway; United States Postal Service; Melvin Washington*, No. C 07-3620. Each party will bear its own costs.

1 | **IT IS SO STIPULATED.**

3 | DATED: August 1, 2008         /s/
                                  DAVID MCKEW, Plaintiff

5 | DATED: August 1, 2008         KERN, NODA, DEVINE & SEGAL

                                  /s/
                                  Philip A. Segal, Esq.
                                  ATTORNEYS FOR PLAINTIFF

10 | DATED: October 15, 2008      SAN FRANCISCO CITY ATTORNEY'S OFFICE

                                  /s/
                                  MEGHAN HIGGINS, Esq.
                                  Deputy City Attorney
                                  ATTORNEYS FOR DEFENDANT CITY AND
                                  COUNTY OF SAN FRANCISCO AND S. F.
                                  MUNICIPAL RAILWAY

16 | DATED: October 16, 2008      JOSEPH P. RUSSONIELLO
                                  United States Attorney

                                  /s/
                                  JONATHAN U. LEE
                                  Assistant United States Attorney
                                  Attorneys for the United States Postal Service

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: October 16, 2008           _____
                                  The Honorable [signature]
                                  UNITED STATES [signature] JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

Stipulation of Dismissal
C 08-0855 EDL                     -2-